J. HAVSY COMPANY, INC., Respondent, v. ISAAC COHEN, Doing Business under the Firm Name and Style of C. & C. RUBBER COMPANY, and Another, Appellants.— Order reversed, with ten dollars costs and disbursements and motion denied, with ten dollars costs, on the authority of *Levine* v. *Moskowitz* [*ante*, p. 194], decided herewith. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

THOMAS BAKER, as Trustee, etc., v. THOMAS DIXON.— Motion granted so far as to dismiss appeal on payment by respondent of the costs on the previous motions herein, unless appellant procure the record on appeal and appellant's points to be filed so that appeal can be argued on the 2d day of October, 1923. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL DICKSTEIN v. BANKERS COMMERCIAL SECURITY CO., INC., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CEDAR CONSTRUCTION COMPANY v. SADYE V. SPILLE.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ARTHUR HAMMERSTEIN v. EMMA SWIFT HAMMERSTEIN.— Motion to dismiss appeal granted, without costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

META EIDLITZ v. JOB E. HEDGES, as Receiver, etc., Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS CHAKOFSKY v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL D. ROSENFELD v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX WEINSTEIN v. LOUIS BERNSTEIN.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY FORCHHEIMER and Others v. HARRY BERNSTEIN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

E. H. STAFFORD MANUFACTURING COMPANY v. JASON BUILDING CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN S. MELCHER v. NATHAN SOBEL.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JACOB KOWANOV v. JENNIE GOTTLIEB.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.